United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KALE A. LILIENTHAL, ) | |
| ) | CIVIL NO. C09-5185-RBL-JRC |
| Plaintiff, ) | |
| ) | ORDER FOR EXTENSION OF TIME |
| vs. ) | TO FILE OPENING BRIEF |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before August 11, 2009, Defendant's Answering Brief shall be filed on or before September 9, 2009, and Plaintiff's Reply Brief shall be filed on or before September 23, 2009. Oral argument shall be requested by September 30, 2009.

DATED this 30th day of July, 2009.

_/s/ J. Richard Creatura_
J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S BRIEF- [C09-5185-RBL-JRC] - 1