# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| KALE A. LILIENTHAL,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C09-5185 RBL<br><br>ORDER AMENDING SCHEDULING ORDER |

After reviewing the agreed motion to amend the court's briefing schedule (Doc. 15), the court hereby directs counsel to conform to the following new briefing schedule:

Defendant shall have up to and including October 9, 2009, to file Defendant's responsive brief; and Plaintiff shall have up to and including October 23, 2009, to file an optional reply brief. Any request for oral argument to be submitted to the court on or before October 30, 2009.

DATED this 8th day of September, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1