UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KALE A. LILIENTHAL,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | CASE NO. C09-5185RBL<br><br>ORDER |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The matter is therefore REMANDED to the administration for further consideration; and

(3) The Clerk is directed to send copies of this Order to counsel of record.

DATED this 1ST day of February, 2010.

                        /s/ Ronald B. Leighton
                        RONALD B. LEIGHTON
                        UNITED STATES DISTRICT JUDGE

ORDER - 1