AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

KALE A. LILIENTHAL

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE, Commissioner of Social Security

CASE NUMBER: C09-5185 RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

1) The Court adopts the Report and Recommendation; and

2) The matter is therefore REMANDED to the administration for further consideration.

| February 1, 2010 | BRUCE RIFKIN |
|---|---|
| Dated | Clerk |

*s/ Mary Trent*
Deputy Clerk