United States District Judge RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KALE A. LILIENTHAL, | ) |
|  | ) CIVIL NO. C09-5185-RBL-JRC |
| Plaintiff, | ) |
|  | ) ORDER FOR EAJA FEES AND |
| vs. | ) EXPENSES |
|  | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
|  | ) |
|  | ) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

//

//

//

ORDER FOR EAJA FEES AND EXPENSES [C09-5185-RBL-JRC] - 1

Law Office of Eitan Kassel Yanich
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226

ORDERED that Plaintiff is awarded EAJA fees of $9,352.63 and $26.15 in costs, made payable to, and mailed directly to, Plaintiff's attorney Eitan Kassel Yanich. *See Badejo v. Astrue*, No. C08-5658RJB, Dkt. 22, 23.

DATED this 27th day of May, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

S/EITAN KASSEL YANICH_____
EITAN KASSEL YANICH, WSBA #13690
Attorney for Plaintiff

ORDER FOR EAJA FEES AND EXPENSES [C09-5185-RBL-JRC] - 2

Law Office of Eitan Kassel Yanich
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226