# United States District Court

WESTERN DISTRICT OF WASHINGTON

KALE A. LILIENTHAL,

JUDGMENT IN A CIVIL CASE

v.

No. C09-5185-RBL-JRC

MICHAEL J. ASTRUE,

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

That Plaintiff is awarded EAJA fees of $9,352.63 and $26.15 in costs, made payable to, and mailed directly to, Plaintiff's attorney Eitan Kassel Yanich. *See Badejo v. Astrue*, No. C08-5658RJB, Dkt. 22, 23.

| May 28, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk